MULTIPLE TRADING CORPORATION, Appellant, *v.* DEMOLA REALTY CORPORATION et al., Respondents, Impleaded with Others.

Argued June 18, 1942; decided July 29, 1942.

*Benjamin Levitas* for appellant.

*Otho S. Bowling* and *Ernest M. Garbe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.